IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALIENT SURGICAL TECHNOLOGIES, INC. & MEDTRONIC, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BOVIE MEDICAL CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. _____<br><br>JURY TRIAL DEMANDED |

## COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL

Plaintiffs, Salient Surgical Technologies, Inc. ("Salient") and Medtronic, Inc. ("Medtronic") (collectively, "Plaintiffs"), file this Complaint against Defendant, Bovie Medical Corporation ("Bovie" or "Defendant") and in support thereof, state as follows:

### THE PARTIES

1. Plaintiff Salient is a Delaware corporation having its principal place of business at 180 International Drive, Portsmouth, New Hampshire 03801.

2. Plaintiff Medtronic is a Minnesota corporation having its principal place of business at 710 Medtronic Parkway, Minneapolis, Minnesota 55432.

3. On information and belief, Bovie is a Delaware corporation with its principal place of business at 734 Walt Whitman Road, Melville, New York 11747.

### JURISDICTION AND VENUE

4. This is a civil action for patent infringement under the laws of the United States, 35 U.S.C. §271 et seq. This Court has original subject-matter jurisdiction over this action under 28 U.S.C. §§1331 and 1338(a).

5.  This Court has personal jurisdiction over Bovie because Bovie is a Delaware corporation and has had continuous and systematic contacts with this Judicial District.

6.  Venue in this District is proper under 28 U.S.C. §1391(c), as on information and belief, Bovie is subject to personal jurisdiction in this District.

## OWNERSHIP AND LICENSING OF U.S. PATENT NO. 7,364,579

7.  On August 9, 1999, Medtronic granted Salient an exclusive, world-wide license to certain of its patents and patent applications in certain fields of use, including any patents issuing from the then-pending U.S. Patent Application Serial No. 08/393,082.

8.  On April 29, 2008, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,364,579, titled "Fluid-assisted Electrosurgical Device" ("the '579 Patent"), in the names of the inventors Peter M. J. Mulier and Michael F. Hoey. Medtronic is the owner of the '579 Patent by way of assignment. A true and correct copy of the '579 Patent is attached as Exhibit 1 to this Complaint.

9.  The '579 Patent issued from U.S. Patent Application Serial No. 11/656,607, which was filed on January 23, 2007 ("the '607 Application'). The '607 Application is a continuation-in-part of U.S. Patent Application Serial No. 08/393,082, which was filed on February 22, 1995 ("the '082 Application"). Salient is the exclusive licensee of the '579 Patent in certain fields of use pursuant to its August 9, 1999 exclusive license with Medtronic.

10. The '579 Patent protects Salient's commercially successful AQUAMANTYS® line of fluid-assisted electrosurgical devices used in a variety of applications.

## COUNT I:  INFRINGEMENT OF U.S. PATENT NO. 7,364,579

11. On information and belief, Bovie has infringed claims of the '579 Patent in the United States by making, using, offering for sale, and/or selling Bovie's SEER™ ("Saline Enhanced Electrosurgical Resection") fluid-assisted electrosurgical devices.

12. On information and belief, Bovie will continue to infringe the '579 Patent, causing immediate and irreparable harm to Salient and Medtronic, unless this Court enjoins and restrains Bovie's infringing activities.

13. Bovie's infringement has and will deprive Salient and Medtronic of sales, profits, royalties, and other related revenue which Salient and Medtronic would have made or would enjoy in the future, has injured Salient and Medtronic in other respects, and will cause Salient and Medtronic added injury and damage, including loss of sales, profits, royalties and other related revenue in the future, unless this Court enjoins Bovie from infringing the '579 Patent.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Salient and Medtronic demand a jury trial on all issues triable of right by a jury.

## PRAYER FOR RELIEF

WHEREFORE, Salient and Medtronic respectfully request this Court to:

A. Enter judgment for Salient and Medtronic that the '579 Patent is valid, enforceable, and has been infringed by Bovie;

B. Issue a permanent injunction restraining Bovie, its directors, officers, agents, employees, successors, subsidiaries, assigns, and all persons acting in privity or in concert or participation with Bovie from the continued infringement, direct or contributory, or active inducement of infringement by others, of the '579 Patent;

C. Direct Bovie to file with this Court, and to serve on Salient and Medtronic, a written report under oath setting forth in detail the manner and form in which Bovie has complied with the injunction;

D. Order Bovie to pay damages sufficient to compensate Salient and Medtronic for Bovie's infringement of the '579 Patent, but not less than a reasonable royalty;

E.    Declare this case exceptional and order Bovie to pay Salient and Medtronic their costs, expenses, and fees, including reasonable attorneys' fees pursuant to 35 U.S.C. §285, with pre-judgment and post-judgment interest at the maximum rate allowed by law; and,

F.    Grant Salient and Medtronic such other and further relief as the Court may deem just and proper.

                                        Respectfully submitted,

/s/ Donald Detweiler
Donald Detweiler (Del. No. 3087)
*detweilerd@gtlaw.com*
Titania Mack Parker (Del. No. 4120)
*parkertm@gtlaw.com*
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE  19801
(302) 661-7000

*Attorneys for Plaintiffs,
Salient Surgical Technologies, Inc.
and Medtronic, Inc.*

OF COUNSEL:

Michael A. Nicodema
*nicodemam@gtlaw.com*
GREENBERG TRAURIG, LLP
200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932
(973) 360-7900

Dated: June 8, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2010, the foregoing Complaint For Patent Infringement And Demand For Jury Trial was caused to be served upon the following entity in the manner indicated:

*Via Hand:*

    Bovie Medical Corporation
    c/o United Corporate Services, Inc.
    874 Walker Road, Suite C
    Dover, DE 19904

                                              Titania Mack Parker (#4120)